AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF __DELAWARE__

GBEKE MICHAEL AWALA,

V.

3rd Circuit Judge McKee et al.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **07-689**

---

I, __GBEKE M. AWALA,__ declare that I am the (check appropriate box)

- [XX] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**FILED**
**NOV - 1 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

BP scanned

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [XX]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]  No [X]
   b. Rent payments, interest or dividends?                       Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?             Yes [ ]  No [X]
   d. Gifts or inheritances?                                      Yes [X]  No [ ]
   e. Any other sources?                                          Yes [ ]  No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/27/07
              (Date)                              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ | _____ |
| United States Judge    Date | United States Judge    Date
or Magistrate |

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __GBEKE MICHAEL AWALA,__ request and authorize the agency holding me in custody to send to the Clerk of Court, U.S. DISTRICT COURT, DISTRICT OF DELAWARE, certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00  I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __10/27/07__

_____
Signature of Prisoner

# Inmate Statement

| Inmate Reg #: | 82074054 | Current Institution: | Canaan USP |
| Inmate Name: | AWALA, OBEKE | Housing Unit: | CAA-E-B |
| Report Date: | 10/24/2007 | Living Quarters: | E03-131HH |
| Report Time: | 12:24:16 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 10/18/2007 2:54:06 PM | 40 | | | Sales | ($45.50) | | $40.30 |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 - 77 | | | Debt Encumbrance - Released | | $14.20 | -------- |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 - 73 | | | Debt Encumbrance - Released | | $0.80 | -------- |
| CAA | 10/14/2007 12:10:27 AM | HCAAD003 | 130 | | Initial PLRA Pymt | ($15.00) | | $85.80 |
| CAA | 10/13/2007 11:07:25 AM | 33301008 | | | Western Union | $100.00 | | $100.80 |
| CAA | 10/13/2007 11:07:25 AM | HCAAD003 - 77 | | | Debt Encumbrance | | ($14.20) | -------- |
| CAA | 10/13/2007 11:07:25 AM | HCAAD003 - 79 | | | Debt Encumbrance | | ($20.00) | -------- |
| CAA | 10/13/2007 11:07:25 AM | GCAAD064 - 78 | | | Debt Encumbrance | | ($20.00) | -------- |
| CAA | 10/11/2007 8:23:01 AM | HCAAD003 - 73 | | | Debt Encumbrance | | ($0.80) | -------- |
| CAA | 9/5/2007 5:12:25 PM | 46 | | | Sales | ($9.20) | | $0.80 |
| CAA | 9/1/2007 12:10:41 AM | GCAAD064 - 1106 | | | Debt Encumbrance - Released | | $30.00 | -------- |
| CAA | 9/1/2007 12:10:41 AM | GCAAD064 | 2142 | | PLRA Payment | ($20.79) | | $10.00 |
| CAA | 8/22/2007 5:34:15 PM | 56 | | | Sales | ($107.20) | | $30.79 |
| CAA | 8/21/2007 12:10:26 AM | GCAAD064 - 1105 | | | Debt Encumbrance - Released | | $12.01 | -------- |
| CAA | 8/21/2007 12:10:26 AM | GCAAD064 - 1087 | | | Debt Encumbrance - Released | | $2.75 | -------- |
| CAA | 8/21/2007 12:10:26 AM | GCAAD064 | 2091 | | Initial PLRA Pymt | ($14.76) | | $137.99 |
| CAA | 8/20/2007 6:12:05 PM | 33323107 | | | Western Union | $150.00 | | $152.75 |
| CAA | 8/20/2007 6:12:05 PM | GCAAD064 - 1105 | | | Debt Encumbrance | | ($12.01) | -------- |
| CAA | 8/20/2007 6:12:05 PM | GCAAD064 - 1106 | | | Debt Encumbrance | | ($30.00) | -------- |
| CAA | 8/13/2007 1:47:40 PM | GCAAD064 - 1087 | | | Debt Encumbrance | | ($2.75) | -------- |
| CAA | 8/13/2007 1:46:01 PM | GCAAD063 - 1086 | | | Debt Encumbrance - Released | | $2.75 | -------- |
| CAA | 8/13/2007 1:43:04 PM | GCAAD063 - 1086 | | | Debt Encumbrance | | ($2.75) | -------- |
| CAA | 8/8/2007 5:37:27 PM | 39 | | | Sales | ($57.25) | | $2.75 |
| CAA | 7/30/2007 5:11:29 PM | 33321607 | | | Western Union | $60.00 | | $60.00 |
| CAA | 7/11/2007 2:43:51 PM | 51 | | | Sales | ($245.00) | | $0.00 |
| CAA | 6/29/2007 5:30:18 PM | ITS0629 | | | Phone Withdrawal | ($5.00) | | $245.00 |
| CAA | 6/28/2007 3:08:02 PM | 33319407 | | | Western Union | $250.00 | | $250.00 |
| CAA | 4/11/2007 3:33:51 AM | TX041107 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

1

Total Transactions: 28

Totals:  $40.30   ($40.00)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAA | $0.30 | $0.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.30 |
| **Totals:** | **$0.30** | **$0.00** | **$40.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$40.30** |