IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,

    Plaintiff,

                                                 Civ No.: 07-689-JJF

    v.                                       Appeal No.: _____

CIRCUIT JUDGE THEORDORE A. MCKEE, et al.

    Defendants.

NOTICE OF APPEAL

FILED NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

COMES NOW the plaintiff Gbeke M. Awala, in the above entitled case, hereby appeals the decision of the Judge Fanan, to the U.S. Court of Appeals for the Third Circuit, stemming from the order denying the plaintiff the permission to proceed in forma pauperis in the action, dated November 16, 2007.

    In support thereof avers:

    The word authority normally refers to delegated authority, the father would give authority to the son. Here recalling the great commission in part of these defendants circuit Judges. Whereas, the plaintiff continues to suffer fully at their hands, by a peg on his U.S. Birth Documents, and the defendants been casting lots over the plaintiff's liberty and property interest. While plaintiff is sitting on their judgment he is persuaded to appeal the matter as sought for clearly abuse of discretion and clearly erroneous standards at law for denying and dismissing the action without awarding a relief under imminent danger exception.

Submitted under 28 U.S.C. Sec. 1746.

Dated 11/26/, 2007.

                                                              Respectfully submitted,

                                                              Gbeke M. Awala
                                                              No. 82074-054
                                                              U.S. P. Canaan
                                                              P.O. Box 300
                                                              Waymart, PA 18472

GBEKE MICHAEL AWALA
No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail:

Joseph J. Fanan
U.S. District Judge
U.S. District Court
for the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570