IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,                :
                                    :
    Plaintiff,                      :
                                    :
        v.                          : Civ. No. 07-689-JJF
                                    :
JUDGE THEORDORE A. MCKEE,           :
et al.,                             :
                                    :
    Defendants.                     :

**ORDER**

    WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

    WHEREAS, on November 16, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint did not allege an imminent threat of physical injury (D.I. 5);

    WHEREAS, Plaintiff appealed the Order to the U.S. Court of Appeals for the Third Circuit and the appeal was dismissed for failure to timely prosecute (D.I. 8);

    WHEREAS, subsequent to dismissal of the appeal, and to date, Plaintiff has not paid the $350.00 filing fee owed to this court;

    THEREFORE, at Wilmington this _16_ day of April, 2008, IT IS

HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE