IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
Plaintiff-Appellant,

Appeal No. _____

v.

Civ. No. 07-689-JJF

Judge Theordore A. Mckea, et al.
Defendants-Appellees

FILED
MAY - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEAL

WHEREAS, Plaintiff/Appellant, Gbeke M. Awala, in this Civil Right had appealed and was dismissed, as in the present appeal, and unlike those prior orders, sufficient to pronounce further actual innocence, towards the insulated order of Judge Joseph F. Farnan, dated April 16, 2008. The Appeal is fashioned to proceed pursuant to Rule 4, Fed. R. App. P. The Judge dismissed the Appeal without prejudice.

In support thereof avers:

"Jesus answered in the Book of John chapter 18:37... 'When Pilate therefore said to Him, "Are You a King then?" Jesus said, "You say rightly that I am a King. For this Cause I was born, and for this Cause I have come into the world, that I should bear witness to the Truth. Everyone who is of the truth hears my voice. and Verse

38... Pilate said, I find no fault in Him at all.

In the Instant Case, the official Clerks of the 2nd Cir, U.S. Court of Appeals, also made a fatal error, see Exhibit A, and they showed contrition or remorse, and demanded for forgiveness, now it does not matter the substance of the error Injected, the actual probative Impact or Consequences a Collateral Value of any such factual, legal or moral error is what the excited argument attempts to curb and cleanse.

In this further: In John 8:2-8' the people testing Jesus said, this woman was caught in adultery and Mosiac Doctrine Compels to stone her to perish.... Jesus responded by stopping down and on Verse 7: "He who is without sin among you, let him throw a stone at her first." They absconded.

Application of these distinguished yet relevant Biblical principles, what fault has the Defendants accorded to, who is wrong, of Course the Government. See Awala vs. Department of Homeland Security, (U.S.Dc. Md. Cv. No JFM-08-229, 2008), Send me my entire Infallible proofs of a legitimate Birth In Miami-Dade County, farmers principles are egregiously Undermine, under Florida statutes.

Inasmuch as the defendants Circuit Judge

-2-

McKee, permits a stolen Documents to go unreturned and factual errors uncorrected. See United States v. Awala, 04-901-KAJ/JJF/SLR (2006)(2007)(2008), these defendants makes ownership of every other object insecure, and hence rob the nation of security and integrity. See also Awala, Appeal nos. 05-5479 (3rd Cir.).

When someone claims that there is a right to be free, the defendants and Judge Joseph J. Farnan cannot undermine Justice, whereas the rights infringed are unequivocal, rights derived from birth, unalienable and inherent Birth right, the truth, under fundamental human right to be treated as a person, and on this large and equal claims emerged "Tall order" to repudiate the grounds. Accordingly, such implies the denial of inalienable, and absolute rights and the subject is buried, yet the punishment is associated with pain, these bias conducts are prevailing unconstitutionally.

Again Joseph in Genesis 42:25; was claimed he restored every mans money to his sack, and gave them provisions for the Journey.

Here, what has Honorable Joseph J. Farnan, given in the captioned proceeding what has been returned except Judicial Construction. See Dongel, Is Prosecution A Core Executive Function? Morrison v. Olson and the framers Intent, 99 Yale Law Journal 1069 (1990) see also United States v. Baird, 85 F. 633 (C. Ct. NJ. 1897).

-3-

WHEREAS, these preposterous AUSA's Beth E Mushow Schroll and Illana Freidenrich and Coulton F. Connolly has begin to snuffle and blubber the due administration of Justice in this Case. See The Baltimore Evening Sun, May 2, 1922 (footnote added). It is my sincere hope that by the time I reach Congress, they will have Sense enough to penetrate the fraud Committed against me by the U.S. Attorney's Office for the District of Delaware. See also Great American Journal of Friday April 28, 1922 — of the two dragged to the Calaboose by the Police for exercising their Constitutional rights.

A U.S. Attorney, as reported a grand juror Cannot carry on systematic persecution against Awala or a neighbor or African-American race, whom he hates, because he is not permanent in the office. See 9 The Writings of Thomas Jefferson, 83 (Library Edition 1904).

Finally, this Country, with its Institutions, belongs to the people, not to disruptive or despotic governments, nor disgruntled or extreme wickedness or folly of these defendants, who retain Convulsiveness by virtue and vigilance to no generic or authentic Forum under the Chief Judge Scirica 3rd Cir. Submitted under 28 U.S.C. 1746 for Appeal under 28 USC Sec. 1291. Dated 4/23/08.   -4-   Gloria M. [signature]

TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>_ Cross Appeal<br>  Interlocutory Appeal<br>_ Additional NOA<br>__Amended NOA<br>X Transmittal of Record<br>  Transmittal of Certificate<br>  Supplement to ROA<br>  Supplemental Certificate<br>  Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Gbeke M. Awala<br>v.<br>Department of Homeland Security,<br>et al. | District Court Case No. JFM-08-299<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 2/14/08<br><br>2. Amended NOA | 4. Fees<br>    ____ no fee required<br>$5 filing fee:                paid   X unpaid<br>$450 docketing fee:      paid   X unpaid<br>Pauper status:    granted    denied  **_pending in District Court**<br>Does PLRA apply?    X yes  no   ☐ 3 strikes?    ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: J. Frederick Motz | 5. Materials Under Seal in District Court?    yes  X no<br><br>    Party Names Under Seal in District Court?  _ yes  _X no |
| 6. Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br>    In-Court Hearing Held    yes  X no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness    Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT |
|---|---|
| Pleadings:    Vols. _____<br>Transcript:    Vols. _____<br>Exhibits :    Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record:    Vols. _____<br>Sealed:    Vols. _____<br>No. of Boxes _____ | Pleadings:    Vols. _____<br>Transcript:    Vols. _____<br>Exhibits:    Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record:    Vols. _____<br>Sealed:    Vols. _____<br>No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy    Phone: (410) 962-3928    Date: April 11, 2008

Gbeke M. Awala
No. 22514-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA [illegible]

SCRANTON PA
29 APR 2008

Sue L. Robinson,
Chief Judge,
U.S. District Court
for The District of Delaware
844 N. King Street, Lockbox 17
Wilmington, DE 19801-3570

Legal mail